UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  08-cr-99-SM

<u>Joel Gordon</u>

## O R D E R

Defendant Joel Gordon has filed a motion to continue the trial (document no.11).  Trial has been rescheduled for the February 2009 trial period.  Defendant Gordon shall file a waiver of speedy trial rights not later than October 27, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   February 6, 2009 at 2:00 p.m.

**Jury Selection**: February 18, 2009 at  9:30 a.m.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

October 21, 2008

cc: John Pendleton, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal