UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

      v.                                Case No. 08-cr-99-01-SM

Joel Gordon


O R D E R


Defendant's assented-to motion to continue the trial (document no. 14) is granted. Trial has been rescheduled for the April 2009 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than February 17, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the exercise of due diligence under the circumstances.

Final Pretrial Conference:       April 14, 2009 at 4:30 PM

Jury Selection:            April 21, 2009 at 9:30 AM

SO ORDERED.


February 3, 2009              _____
                                Steven J. McAuliffe
                                Chief  Judge


cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal